**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:   PRYESTT D STRICKLAND | Case No: 10-51516 |
| 630 MANCHESTER DR | |
| PICKERINGTON, OH  43147 | Chapter 13 |
| | |
| | Judge: CHARLES M. CALDWELL |

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on March 27, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:  PRYESTT D STRICKLAND                           Case No: 10-51516
630 MANCHESTER DR
PICKERINGTON, OH  43147                                Chapter 13

Judge: CHARLES M. CALDWELL

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on February 17, 2010.
The plan was confirmed on August 10, 2010.
The Case was concluded on March 27, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     28,480.37

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 0.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BK 00007    Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS TRAVEL RELATE 00028    Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00029    Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00004    Priority | 5,292.80 | 5,292.80 | 0.00 | 0.00 |
| CAPITAL ONE BANK 00008    Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA NA 00010    Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| CIT Bank 00011    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL 00012    Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF PICKERINGTON 00025    Priority | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Columbus First Bank 00013 Unsecured | Paid outside | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP 00003 Secured-PMSI | 15,542.79 | 15,542.79 | 2,359.11 | 0.00 |
| DEPT STORES NATL BANK/MACYS 00018 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| EAST BAY FUNDING 00009 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC 00006 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Huntington Mortgage 00015 Unsecured | Paid outside | 0.00 | 0.00 | 0.00 |
| Huntington National Bank 00016 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA 00002 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK 00001 Pre-Pet MTG Arrears | 568.86 | 568.86 | 0.00 | 0.00 |
| JS & ASSOCIATES APPRAISAL SVCS 00026 Appraiser | 250.00 | 250.00 | 0.00 | 0.00 |
| Midland Funding LLC 00017 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| NOBILE & THOMPSON 00027 Administrative Priority | 36.00 | 36.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00014 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| PRYESTT D STRICKLAND 00000 Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| PRYESTT D STRICKLAND 00000 Debtor Refund | 262.17 | 262.17 | 0.00 | 0.00 |
| WELLS FARGO BANK NA 00021 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA 00022 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| WFNNB 00019 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| WFNNB 00020 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 262.17 | 262.17 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 16,111.65 | 5,578.80 | 210,159.01 | 0.00 | 262.17 | 232,111.63 |
| PRIN PAID | 16,111.65 | 5,578.80 | 0.00 | 0.00 | 262.17 | 21,952.62 |
| INT PAID | 2,359.11 | 0.00 | 0.00 | 0.00 |  | 2,359.11 |
|  |  |  |  |  | TOTAL PAID: | 24,311.73 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| MATTHEW J THOMPSON ESQ | 3,100.00 | 3,100.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 1,277.35 | 0.00 | 53.46 | 1,330.81 |

Dated: 04/03/2015

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  PRYESTT D STRICKLAND<br>630 MANCHESTER DR<br>PICKERINGTON, OH  43147 | Case No: 10-51516<br><br>Chapter 13<br><br>Judge: CHARLES M. CALDWELL |

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: PRYESTT D STRICKLAND  Case No: 10-51516
630 MANCHESTER DR
PICKERINGTON, OH  43147  Chapter 13

Judge: CHARLES M. CALDWELL

### CERTIFICATE OF SERVICE

    I hereby certify that on April 03, 2015, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
MATTHEW J THOMPSON ESQ

and on the following by **ordinary U.S. Mail** addressed to:

PRYESTT D STRICKLAND
630 MANCHESTER DR
PICKERINGTON, OH  43147

**See Creditor Matrix**
**All Creditors and Parties in Interest**

American Student Assistance Guarantor  
100 Cambridge St Ste 1600  
Boston, MA 021140000

Chase Home Finance, LLC  
, 000000000

East Bay Funding, LLC  
c/o Resurgent Capital Services  
PO Box 288  
GREENVILLE, SC 296030000

Educational Credit Management Corporation  
PO Box 75906  
St Paul, MN 551750000

JPMorgan Chase Bank, NA  
, 000000000

JS & Associates Appraisal Services, LLC  
P.O. Box 360713  
Columbus, OH 432360713

Midland Funding LLC by American InfoSource L  
PO Box 4457  
Houston, TX 772104457

Recovery Management Systems Corporation  
25 SE 2nd Avenue, Suite 1120  
Miami, FL 331310000

ACS  
PO Box 7051  
Utica, NY 135040000

American Express  
PO Box 297879  
Fort Lauderdale, FL 333297879

American Express Centurion Bank  
c/o Becket and Lee LLP  
POB 3001  
Malvern, PA 193550701

American Express Travel Related Services Co  
Corp Card  
c/o Becket and Lee LLP  
POB 3001  
Malvern, PA 193550701

American Student Assistance Guarantor  
100 Cambridge Streee, Suite 1600  
Boston, MA 021140000

Asst US Trustee (Col)  
Office of the US Trustee  
170 North High Street  
Suite 200  
Columbus, OH 432150000

Attorney General - Rev Rec  
ATTN: Bankruptcy Staff  
150 E. Gay Street, 21st Floor  
Columbus, OH 432150000

CIT Bank  
PO Box 5241  
Sioux Falls, SD 571170000

Capital One  
PO Box 85167  
Richmond, VA 232850000

Capital One Bank (USA), N.A.  
by American Infosource Lp As Agent  
PO Box 71083  
Charlotte, NC 282721083

Chase  
Cardmember Service  
PO Box 15298  
Wilmington, DE 198505298

Chase Bank USA, N.A.  
PO Box 15145  
Wilmington, DE 198505145

Chase Manhattan Mortgage  
3415 Vision Drive  
Columbus, OH 432190000

CitiFinancial, Inc  
P.O. Box 140489  
Irving, TX 750140489

Citifinancial  
PO Box 499  
Hanover, MD 210760000

City of Pickerington  
100 Lockville Rd.  
Pickerington, OH 431470000

Columbus First Bank  
6877 N. High St.  
Columbus, OH 430850000

Credit Acceptance  
25505 W 12 Mile Rd Ste 3000  
Southfield, MI 480340000

Credit Acceptance Co.  
25505 West Twelve Mile Rd. Ste 3000  
P.O. Box 513  
Southfield, MI 480348339

Department Stores National Bank/Macy's  
Nco Financial Systems, Inc.  
PO Box 4275  
Norcross, GA 300910000

Educational Credit Management Corporation  
P. O. Box 75906  
St. Paul, MN 551750000

GE Money Bank  
c/o Recovery Management Systems Corporat  
25 SE 2nd Ave Suite 1120  
Miami, FL 331311605

GOAL FINANCIAL  
c/o ACS  
PO BOX 22724  
LONG BEACH, CA 908015724

Granite Recovery LLC  
c/o Recovery Management Systems Corp  
25 SE 2nd Avenue Suite 1120  
Miami, FL 331311605

Home Depot Credit Svcs.  
c/o CitiCard  
PO Box 20483  
Kansas City, MO 641950000

Huntington Mortgage  
PO Box 182440  
Columbus, OH 432180000

Huntington National Bank  
PO Box 89424  
Cleveland, OH 441016424

JP Morgan Chase Bank, N.A.  
H.E. Bankruptcy Department  
2901 Kinwest Pkwy  
Irving, TX 750635812

JPMorgan Chase Bank, N.A.  
Chase Home Finance LLC  
Attn: Mail Code G7-PP  
PO Box 182106  
Columbus, OH 432180000

JPMorgan Chase Bank, N.A.  
Chase Records Center  
Mail Code LA4-5555 - 700 Kansas Lane  
Monroe, LA 712030000

JPMorgan Chase Bank, N.A.
Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI  483080730

JPMorgan Chase Bank, N.A.
c/o Shermeta, Adams & Von Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI  483080908

Lowe's
PO Box 981064
El Paso, TX  799981064

MCYDSNB
9111 Duke Blvd.
Mason, OH  450400000

Midland Funding LLC
by American InfoSource LP as agent
PO Box 4457
Houston, TX  772104457

Nobile & Thompson Co, LPA
4511 Cemetery Rd., Suite B
Hilliard, OH  430260000

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Ohio Dept. of Taxation
ATTN: Bankruptcy Division
PO Box 530
Columbus, OH  432660030

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
POB 41067
Norfolk, VA  235410000

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL  331311605

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA  981119221

TSC Holdings Ltd.
PO Box 443
Pickerington, OH  431470000

WFNNB
PO Box 182124
Columbus, OH  432180000

Wells Fargo Bank NA
4137 121st Street
Urbandale, IA  503230000

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH  430850000

Matthew J Thompson
Nobile & Thompson Co., L.P.A.
4876 Cemetery Road
Hilliard, OH  430260000

Pryestt D. Strickland
630 Manchester Dr.
Pickerington, OH  431470000